UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,

    Plaintiff,

v.                                                        Case No. 3:25-cv-739-TKW-HTC

STEVEN PEPE,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 7). No objections were filed.[1]

Upon due consideration of the R&R and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1406(a) because it was filed in the wrong district and transferring it would not be in the interest of justice. *See Pepe v. Confreda*, 2025 WL 1735733 (N.D. Fla. June 23, 2025). The dismissal is "without prejudice" so Plaintiff can file

---

[1] After the R&R was entered, Plaintiff filed a "verified second amended complaint" (Doc. 8) and second motion to proceed in form pauperis (Doc. 9). Neither of these filings take issue with the magistrate judge's analysis in the R&R. Moreover, the "verified second amended complaint" supports the magistrate judge's conclusion that this case was filed in the wrong district because it alleges that "[v]enue is proper in the Middle District of Florida, Ft. Myers Division." Doc. 8 at 1 (¶2). Indeed, it appears that the post-R&R filings may have been intended for the Middle District because the cover letter that accompanied them was addressed to the Clerk of that court. *See* Doc. 8-1.

the case is an appropriate court, assuming he can cure the pleading deficiencies identified in the R&R.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1406(a).

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 14th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**